**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| **Honorable Kimberly J. Mueller** | **RE: Samuel Thomas Lanier** |
| **Chief United States District Judge** | **Docket Number:  0972 2:19CR00084-1** |
| **Sacramento, California** | **Request for removal of supplemental** |
| | **attachment (document 61 in CM/ECF)** |
| | **filed September 27, 2022** |

Your Honor:

The final presentence report (PSR) was filed for this case on September 13, 2022, with all relevant and received materials to date. On September 27, 2022, an attachment to the final presentence report labeled "Victim Impact Statement" (document 61 in CM/ECF) was filed as it was provided by the U.S. Attorney's Office, who also shared the letter with the defense on September 26, 2022.

After further review, it appears the legitimacy and appropriateness of the letter is in question. To avoid unnecessary confusion or impact with respect to sentencing, victims, or restitution, it is respectfully requested that this document be withdrawn and removed from the docket. Should the Government determine its legitimacy and appropriateness for the Court's consideration, it will be provided by their office.

| | |
|---|---|
| **Respectfully submitted,** | **Reviewed by,** |
| | |
| *aylin mcfarland* | *Lynda Moore* |
| _____ | _____ |
| **Aylin McFarland** | **Lynda Moore** |
| **United States Probation Officer** | **Supervising United States Probation Officer** |

**Dated:**  September 28, 2022
       Sacramento, California

1

**RE:** **Samuel Thomas Lanier**
     **Docket Number:   0972 2:19CR00084-1**
     **Request for removal of supplemental attachment (document 61 in CM/ECF) filed**
     **September 27, 2022**

---

### ORDER OF THE COURT

**THE COURT ORDERS:**  The removal of supplemental attachment, "Victim Impact Statement" (document 61 in CM/ECF) filed September 27, 2022.

☒   Approved     ☐   Disapproved

September 28, 2022
**Date**

**Kimberly J. Mueller**
**Chief United States District Judge**

Attachment(s)

cc:   Veronica M.A. Alegria
      Assistant United States Attorney

      Noa Oren
      Defense Counsel

REV.  01/2021
CAE___MEMO__COURT (W ORDER)