HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
SAMUEL LANIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-0084 KJM |
| Plaintiff, | **REQUEST FOR COURT TO SET A DEADLINE FOR RESTITUTION HEARING FOR WITNESS AND EXHIBIT LISTS** |
| vs. | |
| SAMUEL LANIER, | Date:   December 12, 2022<br>Time:   9:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

Samuel Lanier, through Assistant Federal Defender, Noa Oren, hereby requests the Court set a deadline that both parties file their Witness and Exhibit lists for the Restitution Hearing by December 6, 2022 at 5:00 p.m.  Counsel for Mr. Lanier has attempted to confer with government counsel but has been unable to resolve the issue of a 5:00 p.m. or midnight deadline.  The restitution hearing is set currently for December 12, 2022.

DATED:  November 9, 2022

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Noa Oren
NOA OREN
Assistant Federal Defender
Attorney for Defendant
SAMUEL LANIER

# ORDER

The Court, having received, read, and considered the request, and good cause appearing, adopts the request in its entirety as its order.

The Court orders the parties file their Witness and Exhibit lists for the Restitution Hearing by December 6, 2022 at 5:00 p.m.

DATED: November 21, 2022.

CHIEF UNITED STATES DISTRICT JUDGE