HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
SAMUEL LANIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0084 KJM |
| Plaintiff, | **REQUEST TO CONVERT RESTITUTION HEARING TO STATUS HEARING** |
| vs. | Date: December 12, 2022 |
| SAMUEL LANIER, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

Samuel Lanier, through Assistant Federal Defender, Noa Oren, hereby requests the Court convert his restitution hearing, which is set currently for December 12, 2022, to a status hearing in order to clarify the legal issues the Court wishes to have answered at that hearing. At the sentencing hearing on October 17, 2022, the Court indicated she wished to hear from the experts from each side. After conferring with the government, it is unclear to defense counsel whether the government is calling additional witnesses (beyond their expert) and what those witnesses would testify to that is relevant for a restitution hearing. To conserve the Court and counsel's resources in preparation for this hearing, defense counsel requests a status where the Court clarifies its questions regarding restitution and specific briefing requests as well as having counsel provide estimates of court time needed for their presentations.

Respectfully submitted,

DATED:  November 9, 2022				HEATHER E. WILLIAMS
							Federal Defender

							/s/ Noa Oren
							NOA OREN
							Assistant Federal Defender
							Attorney for Defendant
							SAMUEL LANIER

**ORDER**

The Court, having received, read, and considered the request, and good cause appearing, adopts the request in its entirety as its order.

The Court orders the restitution hearing set for December 12, 2022 converted to a status on restitution.

DATED: November 29, 2022

							CHIEF UNITED STATES DISTRICT JUDGE